IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY L. POPE,

    Plaintiff,                    No. CIV S-09-1634 DAD P

    vs.

J.W. HAVILAND, et al.,

    Defendants.           ORDER

_____/

        By order filed October 8, 2010, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: November 23, 2010.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
pope1634.fta

1